# Third District Court of Appeal

## State of Florida

Opinion filed  March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1243
Lower Tribunal No. 12-732

————————

**Charles J. Sibley, etc.,**
Appellant,

vs.

**In re: The Estate of Curtiss F. Sibley,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rosa C. Figarola, Judge.

Charles J. Sibley, in proper person.

Law Offices of Louise T. Jeroslow and Louise T. Jeroslow, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.